**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **GERALD EDWARDS,** )<br>)<br>**Plaintiff,** )<br>) **CIVIL ACTION**<br>**v.** )<br>) **No. 07-2157-KHV**<br>**MICHAEL J. ASTRUE,** )<br>**Commissioner of Social Security,** )<br>)<br>**Defendant.** )<br>_____) | |

## **ORDER**

Gerald Edwards appeals the final decision of the Commissioner of Social Security to deny disability insurance benefits and supplemental security income. On March 25, 2008, Magistrate Judge John Thomas Reid recommended that the Commissioner's decision be reversed and that this case be remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings. See Report And Recommendation (Doc. #18). The deadline for written objections to the report and recommendation was April 8, 2007. See Rules 72(a) and 6(a), Fed. R. Civ. P. The parties have not objected. The Court hereby adopts the Report And Recommendation (Doc. #18) in its entirety.

**IT IS THEREFORE ORDERED** that the Commissioner's decision be and hereby is **REVERSED**. This case is **REMANDED** pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report And Recommendation (Doc. #18) filed March 25, 2008.

Dated this 15th day of April, 2008, at Kansas City, Kansas.

> s/ Kathryn H. Vratil
> KATHRYN H. VRATIL
> United States District Judge